| | | | |
|---|---|---|---|
| Com. v. Barr | 12/22/2015587 MAL 2015 | Denied | Pa.Cmwlth., 114 A.3d 901 |
| Conyers v. W.C.A.B. (PPL Corp.) | 12/17/2015308 MAL 2015 | Denied | |
| Delaware County Tax Claim v. Speights; Speights, In re | 11/24/2015572 MAL 2015 | Denied | No. 2298 CD 2014 |
| Galizia v. W.C.A.B.(Wood-loch Pines, Inc.) | 11/24/2015542 MAL 2015 | Denied | |
| Gauche v. Walsh | 12/22/2015585 MAL 2015 | Denied | Pa.Cmwlth., 116 A.3d 1190 |
| Kilgallon v. W.C.A.B.(Village at Palmerton Assisted Living) | 11/24/2015524 MAL 2015 | Denied | Pa.Cmwlth., 118 A.3d 1202 |
| M.C. and E.K. Lees, Inc. v. Capenos; Capenos, In re | 12/22/2015309 WAL 2015 | Denied | Pa.Cmwlth., 119 A.3d 1092 |
| Nifas v. Wetzel | 10/28/2015249 WAL 2015 | Denied | Pa.Cmwlth., 116 A.3d 1189 |
| Smith v. W.C.A.B. (Consolidated Freightways, Inc.) | 12/17/2015179 WAL 2015 | Denied | Pa.Cmwlth., 111 A.3d 235 |
| Tejada v. Fisher | 10/28/2015613 MAL 2015 | Denied | No. 101 CD 2015 |
| Tejada v. Fisher | 10/28/2015614 MAL 2015 | Denied | No. 102 CD 2015 |